UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DARRELL RUSHING,                          )          No.  CV 12-7859-JAK (AGR)
                                          )
                  Petitioner,             )
                                          )          ORDER ACCEPTING FINDINGS AND
       v.                                 )          RECOMMENDATION OF UNITED
                                          )          STATES MAGISTRATE JUDGE
JOE M. ARPAIO, et al.,                    )
                                          )
                  Respondents.            )
_____ )

        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on

file, and the Report and Recommendation of the United States Magistrate Judge.

Petitioner has not filed any Objections to the Report.  The Court accepts the findings

and recommendation of the Magistrate Judge.

        IT IS ORDERED that Judgment be entered denying the Petition and dismissing

this action without prejudice.


DATED: November 29, 2012          _____
                                             JOHN A. KRONSTADT
                                          United States District Judge