UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL RUSHING,<br><br>    Petitioner,<br><br>  v.<br><br>JOE M. ARPAIO, et. al.,<br><br>    Respondent. | No. CV 12-7859-JAK (AGR)<br><br>JUDGMENT |

    Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition in this matter is denied and dismissed without prejudice.

DATED: November 29, 2012

                                        JOHN A. KRONSTADT<br>
                                        United States District Judge